is amply supported in the record. We find no basis for setting aside the court's order awarding judgment, and we affirm on the District Court's opinion, 183 F. Supp. 54.

Affirmed.

**CHICAGO TITLE & TRUST COMPANY,** Complainant,

v.

**FOX THEATRES CORPORATION,** Defendant.

**Matter of the Application of Kenneth P. STEINREICH and Leopold Porrino, as Trustees of the Assets which were of Fox Theatres Corporation, and on behalf of the beneficiaries of their trust, comprising the creditors and stockholders of Fox Theatres Corporation, now known respectively as Preferred Participants and Participants of said trust, Petitioners-Appellants,**

v.

**STERLING NATIONAL BANK & TRUST COMPANY, as Assignee of Frank D. Lisle, Alvin J. Schlosser and Louis A. Mahoney, constituting the Noteholders' Protective Committee for Five-Year Secured 6½% Sinking Fund Gold Notes of Roxy Theatres Corporation, Respondents-Appellees.**

No. 326, Docket 26077.

United States Court of Appeals Second Circuit.

Argued May 3, 1960.

Decided May 13, 1960.

David G. Haskins, New York City (Hirson & Bertini, New York City, on the brief), for petitioners-appellants.

Robert Aronstein, New York City, for creditors-appellants.

Samuel J. Silverman, New York City (Stephen Wise Tulin, Paul, Weiss, Rif-

kind, Wharton & Garrison, New York City, on the brief), for respondents-appellees.

Before LUMBARD, Chief Judge, L. HAND, Circuit Judge, and JAMESON, District Judge.*

PER CURIAM.

The order is affirmed on the opinion of Judge Bryan, reported at D.C.S.D.N.Y. 1959, 178 F.Supp. 899.

**Calbert Clay CHARLES, Appellant,**

v.

**UNITED STATES of America,** Appellee.

No. 8028.

United States Court of Appeals Fourth Circuit.

Argued March 16, 1960.

Decided April 25, 1960.

Charles W. Laughlin, Richmond, Va. (Court-appointed counsel), for appellant.

Calbert Clay Charles, pro se, on brief.

Hugh E. Monteith, Asst. U. S. Atty., Sylva, N. C. (J. M. Baley, Jr., U. S. Atty., Asheville, N. C., on brief), for appellee.

Before SOBELOFF, Chief Judge, HAYNESWORTH, Circuit Judge, and BUTLER, District Judge.

PER CURIAM.

Calbert Clay Charles, who appeals from the dismissal of his petition brought under 28 U.S.C.A. § 2255, is under sentence for causing forged checks to be transported in interstate commerce in violation of 18 U.S.C.A. § 2314, and

* Sitting by designation.